

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00200-CR

Monte Lorre **BARRON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4567
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:　　Sandee Bryan Marion, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Marialyn Barnard, Justice

Delivered and Filed: April 29, 2015

APPEAL DISMISSED

Defendant pled nolo contendre to indecency by contact with a child and was sentenced within the terms of a plea bargain. Defendant timely filed a general notice of appeal. The trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on April 7, 2015, this court issued an order stating this appeal would be dismissed pursuant to Rule

25.2(d) unless an amended trial court certification that shows defendant has the right of appeal was made part of the appellate record. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

On April 20, 2015, defendant's appellate counsel filed a letter stating "this court has no choice but to dismiss the appeal." In light of the record presented, we agree with defendant's counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

Do not publish